UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
SHARAZ BASDEO and ZAMEER KHAN,             JUDGMENT

                 Plaintiffs,                            20-CV-5553 (NRM)

     v.

NEW YORK CITY TRANSIT AUTHORITY,
PAUL SAMMONS, individually, YAKOV
LIBEROVICH, individually, PETER ETTIENNE,
individually, and SYED ALI, individually,

                 Defendants.
----------------------------------------------------------------X

        A Memorandum and Order of Honorable Margo K. Brodie, United States District Judge having been filed on September 9, 2022, granting Defendants' motion to dismiss; granting Plaintiffs leave to amend the Amended Complaint within thirty days from the date of this Memorandum and Order; an Order of the Honorable Nina R. Morrison, having been filed on December 7, 2022, extending the deadline by which Plaintiffs may file a second amended complaint containing specific factual allegations relevant to Plaintiffs' claims occurring between October 31, 2018 and August 27, 2019; directing Plaintiffs to file their second amended complaint by December 28, 2022; and an Order having been filed on January 9, 2023, dismissing this case; it is

        ORDERED and ADJUDGED that Defendants' motion to dismiss is granted; and that this case is dismissed.

Dated: Brooklyn, New York                                     Brenna B. Mahoney
        January 10, 2023                                       Clerk of Court

                                                      By:     */s/Jalitza Poveda*
                                                                Deputy Clerk